■ JOHN H. MASON et al., Appellants, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order and judgment of Supreme Court, Monroe County, Kennedy, J. — summary judgment.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Moule, JJ.